TAUBA GELBERG, Respondent, v. HARRY GELBERG, Appellant.

(Submitted November 26, 1935; decided December 13, 1935.)

*Copal Mintz* and *Murray H. Yachnin* for appellant.
*Edward E. Hoenig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.